**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 15-00184-01 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| TYRONE LARRY SMITH (01) | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

Before the Court is a Motion to Withdraw (Record Document 284) filed by Joseph S. Woodley ("Woodley"), court appointed defense counsel for Defendant Tyrone Larry Smith. Woodley seeks to withdraw due to "an irreconcilable conflict" that "has arisen as the defense has developed." Id. at 1. The Court then ordered Woodley to file an affidavit under seal outlining the irreconcilable conflict. See Record Document 291. Woodley filed such affidavit on November 6, 2018 and the Court has reviewed same in camera. See Record Document 292.

Based on the information disclosed in the affidavit, the Court finds that Woodley would be "compelled to compromise his . . . duty of loyalty or zealous advocacy to [Mr. Smith] by choosing between or blending the divergent or competing interests" of Mr. Smith and a former/current client. Perillo v. Johnson, 205 F.3d 775, 781 (5th Cir. 2000). Thus, an actual conflict of interest exists. Woodley is permitted to withdraw as counsel for Mr. Smith.

This matter is hereby **REFERRED** to the Office of the Federal Public Defender for immediate appointment of counsel. Additionally, it is this Court's belief that new counsel will require additional time to prepare for the defense. The pretrial conference set for November 20, 2018 and the jury trial set for December 18, 2018 are hereby **UPSET**. The

Court believes that the ends of justice served by upsetting the trial date outweigh the best interest of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(7)(A). This matter is **REFERRED** to Magistrate Judge Hornsby for entry of a new scheduling order once new counsel is selected.

**IT IS SO ORDERED.**

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 14th day of November, 2018.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT