**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 15-00184-01 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| TYRONE LARRY SMITH | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

Before the Court is a *pro se* Motion to Withdraw Guilty Plea (Record Document 350) filed by the defendant, Tyrone Larry Smith ("Smith"). Smith has been ordered to communicate with the Court through his attorney only. See Record Documents 315, 324 & 339. He has likewise been admonished not to file *pro se* motions and memoranda and that such motions and memoranda will not be accepted by the Court. See Record Document 324. Smith is represented by experienced and extremely competent criminal defense counsel, Charles "Pete" Kammer. "A criminal defendant does not have the right to 'hybrid representation.'" United States v. Ogbonna, 184 F.3d 447, 449 & n. 1 (5th Cir.1999); United States v. Lopez, 313 F.App'x 730, 731 (5th Cir. 2009). Thus, Smith's *pro se* Motion to Withdraw Guilty Plea is an unauthorized motion that can be disregarded by this Court. See Lopez, 313 F.App'x at 731. The motion is **DENIED** on this basis alone.

Furthermore, a review of Smith's motion reveals that it does not meet the requirements set forth in Federal Rule of Criminal Procedure 11(d)(2), which sets forth the rules for withdrawal of a guilty plea prior to sentencing. Additionally, the Court has considered the Carr factors and finds that the application of such factors weighs in favor of denying Smith's motion.

**IT IS SO ORDERED.**

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 30th day of April, 2019.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT